IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Thurman, Charles N

Printed: 1/29/08

Case Number: 07 B 13810
Judge: Hollis, Pamela S
Filed: 8/1/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 3,306.33 | 0.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Accredited Home Lenders | Secured | 0.00 | 0.00 |
| 4. | Village of Homewood | Secured | 115.00 | 0.00 |
| 5. | Ocwen Federal Bank FSB | Secured | 7,589.00 | 0.00 |
| 6. | Accredited Home Lenders | Secured | 16,250.00 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 8.04 | 0.00 |
| 8. | Capital One | Unsecured | 11.32 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 40.60 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 1.38 | 0.00 |
| 11. | Capital One | Unsecured | 9.61 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 4.71 | 0.00 |
| 13. | Wells Fargo Fin Acceptance | Unsecured | 307.34 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 7.14 | 0.00 |
| 15. | Village of Homewood | Unsecured | 3.11 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 147.06 | 0.00 |
| 17. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 18. | Washington Mutual Finance | Unsecured | | No Claim Filed |
| 19. | Homewood Disposal Service, In | Unsecured | | No Claim Filed |
| 20. | Credit Bureau Of Hutchinson Inc | Unsecured | | No Claim Filed |
| 21. | Enterprise Rent A Car | Unsecured | | No Claim Filed |
| 22. | Nicor Gas | Unsecured | | No Claim Filed |
| 23. | South Suburban Hospital | Unsecured | | No Claim Filed |
| 24. | Hsbc Nv | Unsecured | | No Claim Filed |
| 25. | Sprint | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Thurman, Charles N

Printed: 1/29/08

Case Number: 07 B 13810
Judge: Hollis, Pamela S
Filed: 8/1/07

| | | | |
|---|---|---|---|
| 26. | Capital One | Unsecured | No Claim Filed |
| 27. | Toyota Financial/Lexus Fin Sers | Unsecured | No Claim Filed |

$ 27,800.64        $ 0.00

TRUSTEE FEE DETAIL

Fee Rate        Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____